# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Daniels James Bumpas, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 20-cv-01591 |
| v. | ) | |
| | ) | District Judge Andrea R. Wood |
| Thomas Dart, *Sheriff of Cook County*, | ) | |
| Bilqis Jacobs-El, *Director, Cook County* | ) | |
| *Department of Facilities Management*, | ) | |
| Nneka Jones Tapia, *Executive Director,* | ) | |
| *Cook County Department of Corrections*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR MR. BUMPAS

NOW COMES Malcolm J. MacLaren, as a counsel of record for Plaintiff Daniels Bumpas, and hereby requests that pursuant to Local Rule 83.17 the Court enter an order allowing him to withdraw as counsel for Mr. Bumpas and in support thereof states as follows:

1. I initially filed my appearance on behalf of Mr. Bumpas to assist trial counsel, Ryan Johnson of Robbins, Salomon & Patt, Ltd. ("RSP"), with the matter before the Court.

2. Since filing my appearance, I have left employment with Robbins, Salomon & Patt, Ltd. ("RSP") and am not actively practicing law at this time.

3. I have no independent attorney-client relationship with Mr. Bumpas and was not appointed to represent Mr. Bumpas through the Court's pro bono program.

4. I am also not a member of this Court's trial bar and am not the trial bar attorney of record on behalf of Mr. Bumpas in this matter.

5. Upon information and belief, the attorneys of record for Mr. Bumpas will continue representing him in this matter.

WHEREFORE, Malcolm J. MacLaren prays that the Court enter an order allowing him to withdraw as counsel for Mr. Bumpas in this case.

> /s/ *Malcolm J. MacLaren*
> Malcolm J. MacLaren (ARDC #6330061)
> mjmaclaren@outlook.com
> (850) 832-1480

Case: 1:20-cv-01591 Document #: 50 Filed: 10/29/21 Page 2 of 3 PageID #:140

## CERTIFICATE OF SERVICE

    The undersigned, under penalty of perjury pursuant to 28 U.S.C. §1746 certifies that on October 29, 2021 he filed the foregoing

**MOTION TO WITHDRAW AS COUNSEL FOR MR. BUMPAS**

through the Court's CM/ECF system and caused the same to be served all on counsels of record through the Court's CM/ECF system.

                                                   /s/ *Malcolm J. MacLaren*